**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:06CR7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| **JOSEPH DAJUAN BETHEA** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 16, 2009, the Court directed counsel file response to the Supplement to the Presentence Report recommending no change in Defendant's sentence under the new amendment to the Guidelines regarding crack cocaine sentences. A review of the Court's docket record indicates that appointed counsel was not served with a copy of the Court's April 16 order. Therefore, counsel will be afforded additional time in which to file response.

**IT IS, THEREFORE, ORDERED** that Defendant's counsel file response as directed by the Court's April 16, 2009, Order, within 15 days from entry of this Order.

2

Signed: June 10, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge